UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE LOVE, | ) |
|     Movant, | ) |
|     vs. | ) Case No. 4:05CV703 RWS |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the motion of Willie love to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED** that Love's request for a hearing is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability, as movant has not made a substantial showing of the denial of a federal constitutional right.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2005.